Alexander SCHALLER, Appellant, v. The BALTIMORE & OHIO RAILROAD CO., Appellee.

No. 8434.

Circuit Court of Appeals, Sixth Circuit.

Jan. 17, 1940.

Samuel Cohen, of Chicago, Ill., and Herman A. Stockstill, of Toledo, Ohio, for appellant.

Tyler, Wilson & Rhinefort, of Toledo, Ohio, for appellee.

Before HICKS and SIMONS, Circuit Judges.

1020

PER CURIAM.

It is ordered that this appeal be dismissed at the cost of the appellant, pursuant to stipulation of counsel.